FILED

02/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0674

IN THE SUPREME COURT OF THE STATE OF MONTANA
CASE NO. 23-0674

JOHN DOBROWSKI,

Plaintiff and Appellant,

v.

BUFFALO TRAILS ESTATES HOMEOWNERS ASSOCIATION,

Defendant and Appellee.

On Appeal from the Montana Sixth Judicial District Court,
Park County, Cause No. DV-22-195,
Honorable Brenda Gilbert Presiding

**ORDER EXTENDING TIME TO FILE APPELLEE'S BRIEF**

Michael L. Rabb
THE RABB LAW FIRM, PLLC
3950 Valley Commons Drive, Suite 1
Bozeman, MT 59718
(406) 404-1747
service@therabblawfirm.com
*Attorney for Appellee*

John Dobrowski
47 Wineglass Loop North
Livingston, MT 59047
(406) 599-6138
Usbuilders1@msn.com
*Appellant*

Appellee Buffalo Trails Estates Homeowners Association having filed a Motion for Extension of Time to File Appellee's Answer Brief, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellee's Motion is GRANTED. Appellee's Answer Brief shall be due on March 21, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 13 2024